# In the United States District Court
# For the Southern District of Georgia
# Brunswick Division

| | | |
|---|---|---|
| GERALD DERRELL STOKES, | * | |
| Petitioner, | * | CIVIL ACTION NO.: 2:21-cv-50 |
| v. | * | |
| WARDEN-GEORGIA STATE PRISON, | * | |
| Respondent. | * | |

## O R D E R

After an independent and de novo review of the entire record, the Court concurs with the Magistrate Judge's Report and Recommendation. Dkt. No. 9. Petitioner Gerald Stokes ("Stokes") did not file Objections to this Report and Recommendation.

Accordingly, the Court **ADOPTS** the Magistrate Judge's Report and Recommendation as the opinion of the Court, **DISMISSES without prejudice** Stokes' 28 U.S.C. § 2254 Amended Petition for Writ of Habeas Corpus for failure to follow this Court's Order, **DIRECTS** the Clerk of Court to **CLOSE** this case and enter the appropriate judgment of dismissal, and **DENIES** Stokes *in forma*

*pauperis* status on appeal and a Certificate of Appealability.

SO ORDERED, this \_\_16\_\_ day of \_\_August\_\_, 2021.

_____
HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

AO 72A
(Rev. 8/82)